# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AVERY JACOB POLLOCK,**

    **Plaintiff,**

**v.**                                                          Case No:   6:19-cv-130-Orl-31DCI

**MOVE4ALL, INC. and CURTIS D. HERSEY,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. 22), filed July 22, 2019.

On October 7, 2019, the United States Magistrate Judge issued a report (Doc. 23) recommending that the motion be granted in part. The Report was amended on October 22, 2019, solely to correct a typographical error (Doc. 24). On November 14, 2019, Plaintiff voluntarily dismissed Counts I and IV of the Complaint (Doc. 26). No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Amended Report and Recommendation (Doc. 24) is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment (Doc. 23) is **GRANTED in part.** The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendants Move4All, Inc. and Curtis D. Hersey, jointly and severally, in the amount of $2,025.00.

3. In all other respects, the motion (Doc. 23) is **DENIED**.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party