UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AVERY JACOB POLLOCK,**

       **Plaintiff,**

**v.**                                                Case No:   6:19-cv-130-Orl-31DCI

**MOVE4ALL, INC. and CURTIS D. HERSEY,**

       **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entitlement to and Award of Attorney's Fees and Costs (Doc. 18), filed May 13, 2019.

On August 21, 2020, the United States Magistrate Judge issued a report (Doc. 33) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entitlement to and Award of Attorney's Fees and Costs (Doc. 18) is **GRANTED in part.** Plaintiff is awarded $5,489.50 in attorney fees and $524.30 in costs against Defendant Curtis D. Hersey.

3. In all other respects, the motion (Doc. 18) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 11, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party